UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. IFEOMA EZEKWO,<br><br>                       Plaintiff,<br><br>-against-<br><br>OPMC (OFFICE OF PROFESSIONAL MISCONDUCT); NEW YORK STATE DEPT. OF HEALTH; JOHN OR (JANE) DOES 1-10,<br><br>                      Defendants. | 23-CV-10390 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 26, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 26, 2024
           New York, New York

                                                          /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                      Chief United States District Judge